**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02198-CMA

THOMAS LEIF COUNTER, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

    Defendant.
_____

**ORDER GRANTING UNOPPOSED MOTION FOR PARTIAL STAY OF
PROCEEDINGS PENDING JOINT PANEL ON MULTIDISTRICT LITIGATION'S
RULING ON MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED
PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**
_____

The Court having considered Defendant Jaguar Land Rover North America, LLC's Unopposed Motion for Partial Stay of Proceedings Pending Joint Panel on Multidistrict Litigation's Ruling on Motion for Transfer for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, plaintiff's consent thereto, and good cause being shown, **IT IS HEREBY ORDERED** that:

    (1) This action, with the exception as noted below, **IS STAYED** pending the Joint Panel on Multidistrict Litigation's (JPML) final disposition of Defendant's Motion for Transfer for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 (In re: Land Rover LR3 Tire Wear Litigation, (MDL Docket No. not yet available), filed October 22, 2008;

    (2) Defendant **SHALL NOTIFY** this Court in writing within five days of the JPML

ruling on the Motion for Transfer and for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407; and

(3) This stay does not preclude plaintiff from contesting the subject matter jurisdiction of this district court.

DATED November 10, 2008.

BY THE COURT:

_____
Christine M. Arguello
United States District Judge