**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02198-CMA

THOMAS LEIF COUNTER, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

    Defendant.

## ORDER GRANTING MOTION TO STAY CONSIDERATION OF REMAND

This matter is before the Court on Defendant Jaguar Land Rover North America, LLC's Motion to Stay Consideration of Remand Pending the JPMDL's Ruling on Landrover's Motion for Transfer for Coordinated Pretrial Proceedings (Doc. # 12). The Court has considered the motion and ORDERS as follows:

The motion is GRANTED; consideration of remand in this matter shall be suspended pending further order of this Court. It is

FURTHER ORDERED that, pursuant to this Court's November 10, 2008 Order (Doc. # 11), Defendant shall notify this Court in writing within five (5) days of the date of any decision by the Judicial Panel on Multidistrict Litigation concerning consolidation and/or transfer of this case pursuant to 28 U.S.C. § 1407.

    DATED: November __18__, 2008

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge